UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
DAVID PASTRANA DIAZ
GLORIA DEL PILAR RAMOS DEL VALLE

Debtor(s)

CASE NO. 07-06663-GAC

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **Wed, December 19, 2007**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $ 0

3. With respect to the attached payment plan:

| [ ] ORIGINAL PLAN DATE: | [✓] AMENDED PLAN DATE: **Fri, March 14, 2008** |
|---|---|

**PLAN BASE: $22,140.00**

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: March 17, 2008

[✓] FAVORABLE         [ ] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC SEC 1325(a)(6) _____

2. [ ] INSUFFICIENT FUNDED SEC 1325(b) _____

3. [ ] UNFAIR DISCRIMINATION SEC 1322(b) _____

4. [ ] FAILS LIQUIDATION VALUE TEST SEC 1325(a)(4) _____

5. [ ] FAILS DISPOSABLE INCOME TEST SEC 1325(b) _____

6. [ ] NO PROVISION FOR A SECURED CREDITOR _____

7. [ ] COMMENTS _____

NOTICE: This report anticipates trustee's position as per 11USC SEC 1302(b)(2) and a copy of wich is made available at this office for any interested party.

Atty Fee: $3,000.00/$474.00/$2,526.00

Atty: JUAN O CALDERON LITHGOW*

ALEJANDRO OLIVERAS RIVERA, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521