IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No. 07-06663 BKT |
|---|---|
| DAVID PASTRANA DIAZ<br>GLORIA DEL PILAR RAMOS DEL VALLE | Chapter 13 |
| Debtor(s) | |
| DORAL BANK | Index |
| Movant | |
| vs. | ☒ of acts against property under §362(d)(1) "FOR CAUSE" |
| DAVID PASTRANA DIAZ<br>GLORIA DEL PILAR RAMOS DEL VALLE<br>And<br>ALEJANDRO OLIVERAS RIVERA<br>Standing Chapter 13 Trustee<br>Respondent(s) | |

## NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC § 362

You are hereby notified that on AUG 1 9 2010 the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC § 362.

(Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance).

You must file an answer to the motion within **Fourteen (14) days** from the service of this notice, and serve such answer upon movant or his attorney, **SERGIO RAMIREZ DE ARELLANO LAW OFFICE** whose address is Banco Popular Center, 11th Floor Suite 1133, 209 Muñoz Rivera Avenue, San Juan, Puerto Rico 00918-1009, (787) 765-2988 Fax (787) 765-2973.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer if file, then SEP 1 4 2010, at 9:00 AM at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 RECINTO SUR., 3rd FLOOR, COURTROOM 3, OLD SAN JUAN, PR, is fixed as the time and place for the hearing on such motion.

CELESTINO MATTA-MENDEZ
Clerk of Court

AUG 1 9 2010

By: _____

Issued